UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>NEMR ALI ZHAYTER,<br>    a/k/a "SHADI,"<br><br>        Defendant. | CRIMINAL NO. CR-08-214<br><br>**FILED UNDER SEAL** |

**SEALED**

MOTION TO SEAL

**FILED**
JUL 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    The United States respectfully moves this Court to place under seal until further notice of the Court, the Indictment, the Motion to Seal and the Court's Order to Seal. In support thereof, the government alleges the following:

    The Indictment in this case is the result of a long-term investigation into an international heroin trafficking organization operating in and throughout the Tri-Border area of South America (Brazil, Argentina and Paraguay) and the United States. The investigation is ongoing. Special Agents from the Drug Enforcement Administration ("DEA") are working with cooperating sources in the investigation. Undercover agents are also being utilized. After taking the investigation down, the United States will begin the process of locating and/or arresting the defendants in South America and elsewhere and extraditing the defendants to the United States. Disclosure of the indictment would enable the defendants to avoid arrest. The confidentiality of the investigation and the safety of cooperating individuals

and domestic and foreign law enforcement officers participating in the investigation could be compromised by the premature release of the information contained in the indictment.

In order to preserve the secrecy of the case until the defendant is taken into custody, the government respectfully requests that the Court grant the government's motion to seal. *See Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991). The government further requests that the government be permitted to disclose the Indictment to persons necessary to effect the arrest and/or extradition of the defendant.

Respectfully submitted,

/s/ 

Lawrence Schneider
Trial Attorney
U.S. Department of Justice
Narcotic & Dangerous Drug Section
1400 New York Ave., NW
Washington, D.C. 20530
(202) 616-4940
Larry.Schneider@usdoj.gov