UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    v.<br><br>NEMR ALI ZHAYTER,<br>    a/k/a "SHADI,"<br><br>    Defendant. | CRIMINAL NO. CR-08-214<br><br><u>FILED UNDER SEAL</u>  **FILED**<br>**JUL 17 2008**<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

<u>ORDER</u>     **SEALED**

Upon consideration of the Government's Motion to Seal the Indictment, it is hereby

ORDERED, this 17th day of July, 2008, that the Motion to Seal, the Indictment, and this Court's ORDER be sealed until further Order of this Court. It is further

ORDERED, that the Government may disclose the Indictment to persons necessary to effect the arrest and/or extradition of the defendant.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Lawrence Schneider, Trial Attorney
    U.S. Department of Justice
    Narcotic & Dangerous Drug Section
    1400 New York Avenue, NW
    Washington, D.C. 20530
    (202) 616-4940
    Larry.Schneider@usdoj.gov