CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 08-214 (RMC) |
| #1: NEMR ZEAYTER | ) | Category   B |
| | ) | **SEALED** |

### REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on June 9, 2009 from Judge Rosemary M. Collyer to The Calendar Committee by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

                                         JUDGE ELLEN SEGAL HUVELLE
                                         Chair, Calendar and Case
                                         Management Committee

cc:    Judge Collyer & Courtroom Deputy
          Liaison, Calendar and Case Management Committee
          Criminal Case Processing Clerk
          U.S. Attorney—Judiciary Square Building, Room 5133
          Statistical Clerk

CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 08-214 (RMC) |
| #1: NEMR ZEAYTER | ) | Category   B |
| | ) | |
| | ) | **SEALED** |
| | ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>June 9, 2009</u> from <u>Judge Rosemary M. Collyer</u> to <u>The Calendar Committee</u>  by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

<u>JUDGE ELLEN SEGAL HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Collyer</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Criminal Case Processing Clerk
U.S. Attorney—Judiciary Square Building, Room 5133
Statistical Clerk

CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 08-214 (RMC) |
| | ) | |
| #1: NEMR ZEAYTER | ) | Category   B |
| | ) | |
| | ) | **SEALED** |
| | ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on June 9, 2009 from Judge Rosemary M. Collyer  to The Calendar Committee  by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

                                                      JUDGE ELLEN SEGAL HUVELLE
                                                      Chair, Calendar and Case
                                                        Management Committee

cc:    Judge Collyer & Courtroom Deputy
          Liaison, Calendar and Case Management Committee
          Criminal Case Processing Clerk
          U.S. Attorney—Judiciary Square Building, Room 5133
          Statistical Clerk

Case 1:08-cr-00214-RMC   Document 4   Filed 06/09/09   Page 4 of 5

CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 08-214 (RMC) |
| #1: NEMR ZEAYTER | ) | Category   B |
| | ) | |
| | ) | **SEALED** |
| | ) | |

### REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on June 9, 2009 from Judge Rosemary M. Collyer to The Calendar Committee  by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

JUDGE ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc: Judge Collyer & Courtroom Deputy
 Liaison, Calendar and Case Management Committee
 Criminal Case Processing Clerk
 U.S. Attorney—Judiciary Square Building, Room 5133
 Statistical Clerk

CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 08-214 (RMC) |
| #1: NEMR ZEAYTER | ) | Category   B |
| | ) | **SEALED** |

### REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on June 9, 2009 from Judge Rosemary M. Collyer to The Calendar Committee  by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

JUDGE ELLEN SEGAL HUVELLE<br>
Chair, Calendar and Case<br>
Management Committee

cc:   Judge Collyer & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Criminal Case Processing Clerk
      U.S. Attorney—Judiciary Square Building, Room 5133
      Statistical Clerk