UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **UNDER SEAL** |
| Plaintiff, | ) |
| | ) CRIMINAL NO.: 1:08cr00214-RMC |
| v. | ) |
| | ) |
| NEMR ALI ZHAYTER, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearances of Meredith A. Mills and Donnell W. Turner, Trial Attorneys with the United States Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section, as counsel of record for the United States of America in the above-captioned matter. By this Entry of Appearance, Trial Attorneys Mills and Turner replace Trial Attorney Larry Schneider as government counsel of record.

Date: 2/17/2010

Respectfully submitted,

WAYNE C. RAABE
Acting Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By: _____
Meredith A. Mills
Trial Attorney (DC Bar #457843)
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 8th Floor
Washington, DC 20530
Telephone: (202) 305-8506
Fax: (202) 514-0483
E-mail: Meredith.Mills@usdoj.gov

By: /s/ Donnell W. Turner
Donnell W. Turner
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 8th Floor
Washington, DC 20530
Telephone: (202) 307-5977
Fax: (202) 305-9825
Email: Donnell.Turner@usdoj.gov