IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Criminal Case No. 08-214 (RMC) |
| | *   (FILED UNDER SEAL) |
| NEMR ALI ZHAYTER | * |

## NOTICE OF APPEARANCE

The United States of America, by and through the Acting Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Mark Maldonado, Trial Attorney, the Narcotic and Dangerous Drug Section, enters his appearance as an attorney for the government.

Respectfully submitted,
WAYNE RAABE, ACTING CHIEF
NARCOTIC AND DANGEROUS DRUG
SECTION

Mark Maldonado
Trial Attorney
Criminal Division, U.S. Department of Justice
Narcotic and Dangerous Drug Section
1400 New York Avenue, N.W. #8122
202-616-2145
202 514-0483 (Fax)
Mark.Maldonado@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2010, I faxed a copy of this notice of appearance to all appropriate parties in this case.

_____
Mark Maldonado, Trial Attorney
Narcotic and Dangerous Drug Section