UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: 1:08cr00214-RMC |
| | ) | |
| NEMR ALI ZHAYTER, | ) | |
| Defendant. | ) | |

**FILED**
FEB 10 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

The Government, having moved to unseal the above-captioned case, and upon consideration of the Government's Motion to Unseal Case, it is hereby

ORDERED, that the above-captioned case is UNSEALED.

Done this 9th day of February 2011, in Washington, D.C.

/s/ Rosemary M. Collyer
HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE