# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.  ) | Crim. No. 08 - 214 (RMC) |
| ) | |
| ) | |
| NEMR ALI ZHAYTER ) | |
| ) | |

## NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel as counsel for defendant Nemr Ali Zhayter, pursuant to the Court's appointment under the Criminal Justice Act ("CJA").

Respectfully submitted,

/s/
Howard B. Katzoff (Bar # 348292)
717 D Street, NW Suite 310
Washington, D.C. 20004
(202) 783-6414
Counsel for Nemr Ali Zhayter

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice is being served electronically upon government counsel and all defense counsel of record this __14th__ day of February, 2011.

/s/
Howard B. Katzoff