# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

          vs.

Nemr Ali Zhayter

          Criminal No.   08-214   (RMC)

          Category   B

          Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on Feb 24, 2011 from The Calendar Committee to Judge Rosemary M. Collyer by direction of the Calendar Committee.

(Defendant is No Longer a Fugitive)

**JUDGE ELLEN S. HUVELLE**
Chair, Calendar and Case Management Committee

cc:   Judge Rosemary M. Collyer   & Courtroom Deputy

U.S. Attorney's Office-Judiciary Square Building, Room 5133

Statistical Clerk