# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No. 08 - 214 (RMC) |
| : | |
| **NEMR ALI ZHAYTER** : | |
| : | |
| **Defendant.** : | |
| : | |

**FILED**

**MAR 2 2 2011**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER FOR INTERIM PAYMENTS OF VOUCHERS UNDER THE CRIMINAL JUSTICE ACT (CJA)

Because of the expected length and complexity of the proceedings in the above-captioned matter attorneys, interpreters, translators, and investigators appointed under the Criminal Justice Act ("CJA") may use the following procedures to obtain interim payments during the course of their representation and involvement in the above-captioned case:

Attorneys, interpreters, translators, and investigators may submit to the Office of the Federal Public Defender, each month, an interim CJA form setting forth an itemization of compensation earned and reimbursable expenses.

The court will review the interim vouchers when submitted and will authorize compensation to be paid for the approved numbers of hours, up to a total of $9,700 for counsel and $2,400 for interpreters, translators, and investigators, and for all reimbursable expenses reasonably incurred during the interim period. To the extent that the first Interim Voucher or any subsequent Interim vouchers cumulatively seek hourly compensation exceeding the $9,700 for counsel and $2,400 for interpreters, translators, and investigators (excluding reimbursement sought for expenses), these vouchers must be approved by both this Court and the Chief Judge of the Circuit before disbursement can be made.

One-fifth of the compensation approved for each voucher shall be withheld until the final accounting. At the conclusion of the representation, interpreters, translators, and investigators shall submit a final voucher seeking payment of the one-fifth balance withheld from the earlier interim vouchers. After the review by the Office of the Federal Public Defender, the Court will review each Interim and Final voucher and submit each to the Chief Judge of the Circuit for a review and approval.

Furthermore, given the sensitive nature of the defense of a criminal case, all interim vouchers processed for counsel, experts, interpreters, and investigators are to be submitted *ex parte*, processed, and then sealed until the conclusion of this case.

_3/16/11_
Date

_Rosemary M. Colly__
ROSEMARY M. COLLYER
United States District Court Judge

_3/18/11_
Date

_Janice R. Brown__
JANICE ROGERS BROWN
for DAVID B. SENTELLE, Chief Judge
U.S. Court of Appeals for the D.C. Circuit

Copies to:

Panel Administrator
Office of the Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004

Howard Katzoff, Esquire
717 D Street, N.W., Suite 310
Washington, D.C. 20004
*(Electronic Filing)*