UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 8 - 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 08-214 (RMC) |
| | ) | |
| NEMR ALI ZHAYTER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Based upon the unopposed request by counsel for Yahya Zaitar and defendant Nemr Ali Zhayter at the status hearing on March 4, 2011, it is this 8th day of April, 2011, hereby

**ORDERED** that the Clerk shall do a come-up for Yahya Ali Zaitar DCDC # 320025 and Nemr Ali Zhayter DCDC # 330319 for April 14, 2011 to be brought to the courthouse and it is

**FURTHER ORDERED** that the U.S. Marshal Service shall allow Jenifer Wicks and Howard Katzoff, counsel for the defendants, as well as interpreter Ghada Attlieh, to meet with the defendants together in one of the interview rooms used by U.S. Probation for PSI interviews of prisoners, starting at 10:30 a,m.

Date: April 8, 2011

/s/
ROSEMARY M. COLLYER
United States District Judge