**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | Case No.  1:08-cr-00214-RMC |
| **NEMR ALI ZHAYTER,** | * | |
| **Defendant** | ****** | |

**ENTRY OF APPEARANCE IN A CRIMINAL CASE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case for the defendant, **NEMR ALI ZHAYTER**.

June 16, 2011                                            /s/ *Carmen D. Hernandez*
                                                        **Carmen D. Hernandez**
                                                        Bar No. MD 03366
                                                        7166 Mink Hollow Rd
                                                        Highland, MD 20777
                                                        202-628-0090
                                                        240-472-3391 (direct line)
                                                        202-628-2881(fax)
                                                        chernan7@aol.com