UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Nos. 08-cr-214-RMC |
| v. : | |
| : | **FILED** |
| NEMR ZHAYTER : | JUN 21 2011 |
| : | Clerk, U S. District & Bankruptcy |
| **ORDER** | Courts for the District of Columbia |

Based upon the unopposed request by counsel for Mr. Zhayter and his codefendant Yehya Zaitar, it is this ___21___ day of June, 2011 hereby

ORDERED that the Clerk shall do a come-up for Yahya Zaitar DCDC # 320025 and Nemr Ali Zhayter DCDC # 330319 for June 23, 2011 to be brought to the courthouse and it is

FURTHER ORDERED that the U.S. Marshal Service shall allow Jenifer Wicks and Carmen Hernandez, counsel for the codefendants as well as an interpreter to meet with the defendants together in one of the interview rooms used by U.S. Probation for PSI interviews of prisoners, starting at 10:30 am.

/Rosemary M. Collyer
U.S. District Judge

C:
U.S. Marshal Service, U.S. District Courthouse
Parties