# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                   ) | Criminal Action No. 08-214 (RMC) |
| ) | |
| NEMR ZHAYTER               ) | |
| ) | |
| Defendant.                    ) | |

## ORDER

Based upon the unopposed request by counsel for Defendants Yahya Zaitar and Nemr Zhayter it is this 7th day of July, 2011, hereby

**ORDERED** that the Clerk shall do a come-up for Yahya Zaitar DCDC # 320025 and Nemr Ali Zhayter DCDC # 330319 for July 11, 2011 to be brought to the courthouse and it is

**FURTHER ORDERED** that the U.S. Marshal Service shall allow Jenifer Wicks and Carmen Hernandez, counsel for the defendants, as well as an interpreter to meet with the defendants together in one of the interview rooms used by U.S. Probation for PSI interviews of prisoners, starting at 1:30 p.m.

Date: July 7, 2011

/s/
ROSEMARY M. COLLYER
United States District Judge