UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO.: 1:08cr00214-RMC |
| v. | ) |
| | ) |
| NEMR ALI ZHAYTER, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearances of Tritia L. Yuen, Trial Attorney with the United States Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section, as co-counsel of record, with Meredith Mills, for the United States of America in the above-captioned matter. By this Entry of Appearance, Trial Attorney Yuen replaces Mark McConnell and Mark Maldonado as government counsel of record.

Respectfully submitted,

ARTHUR G. WYATT
Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:   /s/ *Tritia L. Yuen*
Tritia L. Yuen (CA Bar # 255468)
Trial Attorney
Narcotic and Dangerous Drug Section
U.S. Department of Justice / Criminal Div.
1400 New York Avenue, NW
Washington, DC 20530
Main Office: (202) 616-2251
Fax: (202) 514-0483
Tritia.Yuen@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing NOTICE OF APPEARANCE was filed by ECF/CM on this 25th day of July, 2011, and that a Notice of Electronic (NEF) filing will be served on all counsel of record.

                                               Respectfully submitted,

By:    /s/ *Tritia L. Yuen*
           Tritia L. Yuen