UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO.: 1:08cr00214-RMC |
| v. | ) |
| | ) |
| NEMR ALI ZHAYTER, | ) |
| | ) |
| Defendant. | ) |

### GOVERNMENT NOTICE OF INTENTION
### TO INTRODUCE EXPERT TESTIMONY

PLEASE TAKE NOTICE that the United States intends to introduce the following expert testimony at trial:

1. The United States intends to call a witness to testify as an expert in the area of international drug trafficking. Specifically, the witness will testify about the trafficking of Middle Eastern heroin from Lebanon and other areas of the Middle East, to the United States. After testifying regarding her/his extensive education, training and work experience, the witness will be qualified as an expert in this area.

2. The government reserves the right to supplement this notice prior to the May 14, 2012 trial date. The government submits that this is reasonable given the time remaining before trial, and because of security concerns associated with early release of witness names.

Respectfully submitted this 8th day of August, 2011.

          Respectfully submitted,

          ARTHUR G. WYATT
          Chief
          Narcotic and Dangerous Drug Section

By:       /s/
          Tritia L. Yuen
          Meredith A. Mills
          Trial Attorney
          Narcotic and Dangerous Drug Section
          U.S. Department of Justice / Criminal Division
          1400 New York Avenue, NW
          Washington, DC 20005
          Main Office: (202) 616-2251
          Fax: (202) 514-0483
          Tritia.Yuen@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of August 2011, I filed the foregoing Government's Notice of Intention to Introduce Expert Testimony with the Clerk of the Court via the CM/ECF system which will deliver a Notice of Electronic Filing on all counsel of record.

By:       /s/
      Tritia L. Yuen