UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO.: 1:08cr00214-RMC |
| v. ) | |
| ) | |
| NEMR ALI ZHAYTER, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT NOTICE OF INTENTION
## TO INTRODUCE EXPERT TESTIMONY

PLEASE TAKE NOTICE that the United States intends to introduce the following expert testimony at trial:

1. The United States intends to call Dr. Ada Duarte de Fariña, who is a Forensic Chemist at the Government of Paraguay's Executive Branch, Technical Forensics Department, SENAD Operations Office, in Asunción, Paraguay. After testifying regarding her extensive education, training and work experience, Dr. Ada Duarte de Fariña will be qualified as an expert in forensic analysis of substances. She will testify that she conducted the chemical analyses of the substances that were seized by law enforcement on or about August 6, 2008, and October 6, 2007.

Education, Training and Work History

2. Dr. Ada Duarte de Fariña will be qualified as an expert in the forensic analysis of unknown substances, including controlled substances. She will explain her education, training

and work history as set forth in her curriculum vitae, a copy of which the government will obtain and disclose to defense before trial.

Laboratory Procedures

3. Dr. Ada Duarte de Fariña will describe the physical lay-out of the forensic laboratory, including the fact that the forensic laboratory is a secure facility, and the work-flow procedures for the handling of samples from the time the samples arrive at the facility until the time that the forensic analysis has been completed. She will describe the sample receiving area and its security features, the assignment of a unique laboratory identification number to the sample when the sample is received at the laboratory, and the security and chain of custody procedures in place at the laboratory.

4. Dr. Ada Duarte de Fariña will describe the process for analyzing an unknown substance. She will testify that the unknown substances were tested using analytical methods recommended by the United States International Drug Control Program (UNIDCP)-Scientific Section, and that analyses performed under these recommendations are unequivocal and unappealable in analytical terms.

Forensic Analysis

5. Dr. Ada Duarte de Fariña will testify that in the course of her duties as a forensic chemist, she obtained samples in Case No. 5060/2008, the number assigned to the investigation against NEMR ZHAYTER, YAHYA ZAITAR, and their associates. She will testify that she performed forensic analysis of such samples, and made her findings as reflected in her report, which previously was disclosed to the defendants on July 29, 2011. She will describe the forensic tests that she performed on the samples as set forth in her report, and that as a result of

her forensic analysis, she determined to a reasonable degree of scientific certainty that the substances were as indicated on her report.  In particular, she determined to a reasonable scientific certainty that the samples were cocaine (a Schedule II controlled substance under United States Law).

Respectfully submitted this 8th day of August, 2011.

                            Respectfully submitted,

                            ARTHUR G. WYATT
                            Chief
                            Narcotic and Dangerous Drug Section

By:          /s/
                            Tritia L. Yuen
                            Meredith A. Mills
                            Trial Attorney
                            Narcotic and Dangerous Drug Section
                            U.S. Department of Justice / Criminal Division
                            1400 New York Avenue, NW
                            Washington, DC 20005
                            Main Office: (202) 616-2251
                            Fax: (202) 514-0483
                            Tritia.Yuen@usdoj.gov

CERTIFICATE OF SERVICE

  I hereby certify that on the 8th day of August 2011, I filed the foregoing Government's Notice of Intention to Introduce Expert Testimony with the Clerk of the Court via the CM/ECF system which will deliver a Notice of Electronic Filing on all counsel of record.


      By:   /s/
         Tritia L. Yuen