UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO.: 1:08cr00214-RMC |
| v. ) | |
| ) | |
| NEMR ALI ZHAYTER, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT NOTICE OF INTENTION
## TO INTRODUCE EXPERT TESTIMONY

PLEASE TAKE NOTICE that the United States intends to introduce the following expert testimony at trial:

1.      The United States intends to call Judi O'Brien, who is an expert in the field of Spanish/English translation.  She is the Translation Manager for the United States Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section in Washington, D.C.  After testifying regarding her extensive education, training and work experience, Judi O'Brien will be qualified as an expert in the area of Spanish/English translation.  She will testify that she reviewed the Spanish/English portions of the transcripts in this case and certify that they are accurate translations.[1]

---

[1] As noted at the August 3, 2011 status conference, the government reserves the right to supplement its notice of experts to include, *inter alia*, other linguists who will complete the Portuguese, Arabic, and Romanian portions of the transcripts.

Education, Training and Work History

2.      Judi O'Brien will be qualified as an expert in Spanish/English translation. She will explain her education, training and work history as set forth in her curriculum vitae, a copy of which will be provided to defense in advance of trial.

Transcription/Translation Procedures

3.      Judi O'Brien will describe the process by which vendors are contracted to provide translation/transcription services. She will describe how, upon receiving draft transcripts, she reviews the Spanish/English portions to determine their accuracy. She will also describe how she also may complete some transcriptions/translations on her own. She will describe what, if any software she may use in the process of transcription/translation.

Transcripts

5.      Judi O'Brien will identify the specific transcripts that she worked on in this case and certify that the Spanish transcriptions are accurate reflections of the audio and video recordings, and that the English translations are accurate. She also will testify that she has reviewed the transcripts and they are true and accurate as to the date on which the call was made and the identified speakers.

Respectfully submitted this 8th day of August, 2011.

                                        Respectfully submitted,

                                        ARTHUR G. WYATT
                                        Chief
                                        Narcotic and Dangerous Drug Section

By:               /s/
                                        Tritia L. Yuen
                                        Meredith A. Mills
                                        Trial Attorney
                                        Narcotic and Dangerous Drug Section
                                        U.S. Department of Justice / Criminal Division
                                        1400 New York Avenue, NW
                                        Washington, DC 20005
                                        Main Office: (202) 616-2251
                                        Fax: (202) 514-0483
                                        Tritia.Yuen@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on the 8th day of August 2011, I filed the foregoing Government's Notice of Intention to Introduce Expert Testimony with the Clerk of the Court via the CM/ECF system which will deliver a Notice of Electronic Filing on all counsel of record.

By:       /s/
      Tritia L. Yuen