UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO.: 1:08cr00214-RMC |
| v. ) | |
| ) | |
| NEMR ALI ZHAYTER, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT NOTICE OF INTENTION
## TO INTRODUCE EXPERT TESTIMONY

PLEASE TAKE NOTICE that the United States intends to introduce the following expert testimony at trial:

1. The United States intends to call Rosa Virginia Flor, who is a Computer Expert, Registration C.S.J. No. 1691 with the Government of Paraguay's Public Ministry Computer Forensics in Asunción, Paraguay. After testifying regarding her extensive education, training and work experience, Rosa Virginia Flor will be qualified as an expert in extracting data from mobile devices, SIM cards, removable memory cards, and other electronic media. She will testify that she conducted the forensic analysis of the telephones, SIM cards, removable memory cards, and other electronic media that was seized by law enforcement on or about August 6, 2008.

Education, Training and Work History

2. Rosa Virginia Flor will be qualified as an expert in extracting data from mobile devices, SIM cards, removable memory cards, and other electronic media. She will explain her

education, training and work history as set forth in her curriculum vitae, a copy of which the government will obtain and disclosed to defense before trial.

Procedures

3.   Rosa Virginia Flor will describe the facility where data is extracted from the mobile devices, SIM cards, removable memory cards, and other electronic media. She will describe that the location is a secure facility, and the work-flow procedures for the handling of devices from the time the devices arrive at the facility until the time that the forensic analysis has been completed. She will describe the device receiving area and its security features, the assignment of a unique identification number to the devices when they are received at the facility, and the security and chain of custody procedures in place at the facility.

4.   Rosa Virginia Flor will describe the process of extracting data from mobile devices, SIM cards, and removable memory cards. She will testify that she uses a device called Universal Forensic Extraction Device (UFED), which allows data including phonebook, camera pictures, videos, audio, text messages (SMS), recorded calls, and other information to be extracted directly from the mobile device, SIM card, removable memory card, or other electronic media. She will explain that the UFED connects directly to the device and extracts the content. She will also explain that UFED can extract additional data such as deleted text messages, International Mobile Subscriber Identity (IMSI), etc. She will explain how the information extracted by UFED is compiled in a detail report, which also includes MD5 Hash information, certifying that the data is original and intact. To the extent applicable, she will describe other software that she may have used. Finally, she will authentic the pictures contained in the reports.

Forensic Analysis

5.      Rosa Virginia Flor will testify that in the course of her duties as a Computer Expert, she obtained mobile devices related for Case No. 5060/2008, the number assigned to the investigation against NEMR ZHAYTER and his associates.  This includes the devices that are described in the reports that were disclosed to the defense on July 29, 2011.  Rosa Virginia Flor will testify that she conducted the analysis on all of these devices using UFED or other software, and that the reports reflect her findings.  In addition, she will authenticate the photographs contained in the reports.

Respectfully submitted this 8th day of August, 2011.

Respectfully submitted,

ARTHUR G. WYATT
Chief
Narcotic and Dangerous Drug Section

By:           /s/
Tritia L. Yuen
Meredith A. Mills
Trial Attorney
Narcotic and Dangerous Drug Section
U.S. Department of Justice / Criminal Division
1400 New York Avenue, NW
Washington, DC 20005
Main Office: (202) 616-2251
Fax: (202) 514-0483
Tritia.Yuen@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that on the 8th day of August 2011, I filed the foregoing Government's Notice of Intention to Introduce Expert Testimony with the Clerk of the Court via the CM/ECF system which will deliver a Notice of Electronic Filing on all counsel of record.

           By:     /s/
                  Tritia L. Yuen