## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Crim Nos. 08-cr-214-RMC** |
| **v.** : | |
| : | |
| **NEMR ZHAYTER** : | |
| : | |

### NOTICE OF JOINDER

Yehya Zaitar, by and through undersigned counsel, respectfully provides the following notice to the Court and the parties that he joins in Nemr Zhayter's MOTION TO DISMISS FOR UNDUE DELAY AND VIOLATION OF SPEEDY TRIAL RIGHTS (Docket Entry #35 in US v Nemr Zhayter).

Respectfully submitted,

/s/

JENIFER WICKS
The Law Offices of Jenifer Wicks
The Webster Building
503 D Street, N.W., Suite 250A
Washington, DC 20001
(202) 393-3004
Facsimile (202) 478-0867
Email: Jenifer.Wicks@verizon.net

### CERTIFICATE OF SERVICE

I hereby certify that I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the parties on the same date of the filing.

/s/

JENIFER WICKS