UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO.: 1:08cr00214-RMC |
| v. | ) |
| | ) |
| NEMR ALI ZHAYTER, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S SECOND RESPONSE TO DEFENDANT'S MOTION
FOR COURT ORDER RELATED TO
DISCOVERY AND 'REGULATION OF TRIAL' ISSUES**

The United States of America, by and through its attorneys, Meredith A. Mills and Tritia L. Yuen, United States Department of Justice, Narcotic and Dangerous Drug Section, Criminal Division, files this response in compliance with the Court's August 17, 2011 order to provide proposed dates to certain materials requested by Defendant in his motion related to discovery and "regulation of trial" issues.  Specifically, the government now proposes dates for production of: (a) documentation of any forensic testing of any evidence that the government intends to introduce as evidence; (b) access to viewing and photographing any physical evidence that the government seeks to introduce at trial; (c) identity of any law enforcement agents who took witness statements in this matter; and (d) all statements of the defendants.

A.      Documentation of Forensic Evidence

The government already has provided the defense with all documentation of any forensic evidence, including English translations of drug lab reports.  The government is in the process of translating the multi-lingual forensic reports related to the analyses conducted on electronic media.  The January 4, 2011 Paraguayan MLAT contains drug (cocaine) and other electronic

media forensic reports.

B. <u>Access to Physical Evidence</u>

  In its first response to Defendant's motion related to discovery and regulation of trial issues, the government concurred with an August 8, 2011 deadline for access to viewing and photographing any physical evidence the government seeks to introduce at trial. At the time of this filing, never has defense counsel sought access to any physical evidence, and the government never has withheld any such access.

C. <u>Identities of Law Enforcement Agents who took Defendant's Statements</u>

  The government has reached out to DEA to confirm with Paraguayan law enforcement the names of the agents who took Defendant's statement. The government will disclose this information ras soon as it is received. However, the government already has disclosed the transcript (in Spanish and English) of Defendant's statement, that includes a list of all people who were present when the statements were made.

D. <u>Disclosure of Defendant's Statements</u>

  The government has disclosed all of Defendant's statements to defense counsel of which it is aware. Defense counsel possesses the actual recordings of the various statements, and Spanish and English transcripts.

Date: August 30, 2011                    Respectfully submitted,

              ARTHUR G. WYATT
              Chief
              Narcotic and Dangerous Drug Section
              Criminal Division
              United States Department of Justice

         By:   /s/
              Tritia L. Yuen
              Meredith A. Mills
              Trial Attorneys
              Narcotic and Dangerous Drug Section
              Criminal Division
              United States Department of Justice
              1400 New York Avenue, N.W., 8th Floor
              Washington, DC 20530
              Telephone: (202) 616-2251
              E-mail: Tritia.Yuen@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of August 2011, I filed the foregoing Notice of Appearance with the Clerk of the Court via the CM/ECF system which will deliver a Notice of Electronic Filing to all counsel of record.

By:       /s/
      Tritia L. Yuen