UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>        v.<br><br>**NEMR ALI ZHAYTER** | **Crim. No. 08-cr-214 (RMC)** |

**ENTRY OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Please enter my appearance as co-counsel to Jenifer Wicks, Lead Counsel, on behalf of defendant Yahya Zaitar, effective August 25, 2011, in 08-cr-123.

                                  /s/
                        James L. Lyons  (50690)
                        Kellogg, Williams & Lyons
                        1350 Connecticut Ave., N.W.
                        Suite 600
                        Washington, D.C.  20036
                        (202) 496-0722
                        (202) 331-1257  (fax)
                         JamesLyons@verizon.net  (e-mail)

[x]  CJA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.