UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>        v.<br><br>**NEMR ALI ZHAYTER** | Crim. No. 08-cr-214 (RMC) |

**ENTRY OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Please enter my appearance as co-counsel to Jenifer Wicks, Lead Counsel, on behalf of defendant Yahya Zaitar, effective August 25, 2011, in 07-cr-329.

<pre>                              _____/s/_____
                              James L. Lyons   (50690)
                              Kellogg, Williams & Lyons
                              1350 Connecticut Ave., N.W.
                              Suite 600
                              Washington, D.C.   20036
                              (202) 496-0722
                              (202) 331-1257  (fax)
                               JamesLyons@verizon.net   (e-mail)
</pre>
[x]  CJA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.