UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO.: 1:08cr00214-RMC |
| v. | ) |
| | ) |
| NEMR ALI ZHAYTER, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

The United States of America, by and through its undersigned counsel, hereby responds to Defendant's Motion to Dismiss (Docket No. 25, Exhibit 17). Defendant has adopted YAHYA ALI ZAITAR's (hereinafter "ZAITAR") motion to dismiss Criminal Case No. 1:08cr123-RMC (Criminal Case No. 1:08cr123-RMC, Docket No. 34). ZAITAR argued that Case No. 1:08cr123-RMC is duplicative of the indictment pending in *United States v. ZAITAR*, Criminal No. 07-cr-329, and should be dismissed. The government submits that ZHAYTER lacks standing to move to dismiss an indictment on which he is not charged; accordingly, the government hereby opposes defendant's motion.

**I. Procedural Background**

On April 25, 2008, a Grand Jury sitting in the United States District Court for the District of Columbia returned a then-sealed original one-count indictment in Criminal Case No. 1:08cr123-RMC against defendant YAHYA ALI ZAITAR (hereinafter "ZAITAR"), alleging that ZAITAR conspired with others to import heroin into the United States. ZAITAR also previously was charged with MOHAMMED ALI AWALI on November 30, 2007, in Criminal Case No.

1

1:07cr329-RMC.  The 1:07cr329 indictment alleged that ZAITAR and AWALI conspired with others to import cocaine into the United States, and that ZAITAR and AWALI knowingly distributed 500 grams or more of a mixture and substance containing a detectable amount of cocaine, knowing and intending that such cocaine would be unlawfully imported into the United States.

On July 17, 2008, a Grand Jury sitting in the United States District Court for the District of Columbia, returned an indictment against NEMR ALI ZHAYTER in Criminal Case No. 1:08cr214.  ZHAYTER is charged with the same conspiracy as ZAITAR to import heroin into the United States.

On July 26, 2011, ZHAYTER filed a "First Motion to Adopt Motions of Defendant Zaitar" (Docket No. 25), which included Exhibit 17, which is ZAITAR's Motion to Dismiss (08-cr-123, Docket No. 34).  Defense counsel modified this "First Motion to Adopt" on August 1, 2011.  The Court granted the motion to adopt, and subsequently ordered ZHAYTER's attorney to file all motions adopted by him.  Defense has not yet filed the motions separately.  Therefore, the government has filed this opposition as a response to Docket No. 25, Exhibit 17.

## II.  Argument

**A.** **Defendant Lacks Standing to Raise this Claim**

Defendant ZHAYTER lacks standing to move to dismiss an indictment to which he is not named.  *See Untied States v. Giresi*, 488 F. Supp. 445, 449 & n.3 (D.N.J. 1980) (finding that a defendant lacks standing to move to dismiss an indictment on which he is not charged); *cf. Kowalski v. Tesmer*, 543 U.S. 125, 130 (2004) (rejecting third party standing to challenge government action).

**B.**     **The Indictments are Not Duplicative**

Even if Defendant had standing to raise this claim, it should be denied because the indictments are not duplicative. For reasons more fully explained in the government's response to ZAITAR's motion to dismiss, the two conspiracies properly were charged by the government as separate and distinct.

### III.  Conclusion

For the foregoing reasons, the government submits that Defendant lacks standing to move to dismiss the indictment in Criminal Case No. 1:08cr123-RMC. The instant motion should be dismissed.

        Respectfully submitted,

        ARTHUR G. WYATT
        Chief
        Narcotic and Dangerous Drug Section

By:     /s/
        Tritia L. Yuen
        Meredith A. Mills
        Trial Attorney
        Narcotic and Dangerous Drug Section
        U.S. Department of Justice / Criminal Division
        1400 New York Avenue, NW
        Washington, DC 20005
        Main Office: (202) 616-2251
        Fax: (202) 514-0483
        Tritia.Yuen@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of September 2011, I filed the foregoing GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS with the Clerk of the Court via the CM/ECF system which will deliver a Notice of Electronic Filing on all counsel of record.

      By: _____/s/_____
             Tritia L. Yuen