UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: 1:08cr00214-RMC |
| | ) | |
| NEMR ALI ZHAYTER, | ) | |
| A/K/A SHADI, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S STATUS REPORT**

COMES NOW the United States of America, by and through undersigned counsel, Meredith A. Mills, Trial Attorney, United States Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section, and pursuant to the Court's directive during the August 12, 2011 status conference, provides this report on the status of the government's efforts to have certain trial related materials transcribed and translated.

1. **Undercover recordings / transcripts**

The government disclosed draft transcripts of the nine UC calls to the defense on March 18, 2011. All of those calls involve four languages: Arabic (Lebanese dialect), Spanish, Portuguese and English. The government has since identified three of the calls intended to be used for the heroin importation conspiracy trial and returned those calls to the translation vendor with edits.  The calls selected are those dated: November 7, 2007 (as there were two calls this date, *see* transcript titled "20071107(1)_Transcription_Final1"), March 8, 2008, and March 15, 2008.  The vendor is nearing the final stage of the review and implementation of the government's edits and has provided an **anticipated delivery date of September 17, 2011**, for returning the latest drafts to the government.  The government would expect to turn these latest draft versions over to the defense soon thereafter after confirming the vendor accepted the

government's edits (and discussing any disputed edits).

    2.    **Wiretap calls / transcripts**

To date, the government has transcribed 56 wiretap calls; the draft transcripts were originally turned over to the defense on May 17, 2010, August 18, 2010, March 23, 2011, May 4, 2011, and August 12, 2011.  All of those calls involve primarily Arabic (Lebanese dialect), but also Spanish and Portuguese. The 28 wiretap transcripts produced on August 12, 2011 ("the second set of 28 wiretap transcripts"), have undergone additional edits and have been submitted to the vendor to review and implement those edits.  The vendor has provided an **anticipated delivery date of September 23, 2011**, for returning the latest drafts to the government.  The government would expect then to turn these latest draft versions over to the defense soon thereafter after confirming the vendor accepted the government's edits (and discussing any disputed edits). The first set of 28 wiretap transcripts initially disclosed to the defense is still under review for accuracy by the government. The government hopes to submit those transcripts to the vendor with edits in the next two weeks.

    3.    **Confidential informant recordings / transcripts**

One vendor is in the process of transcribing / translating approximately 17 hours worth of CI recordings (16 calls).  The vendor has provided an **anticipated delivery date of October 7, 2011**, for returning these initial drafts to the government.  Another vendor is in the process of transcribing / translating approximately 2.25 hours of CI recordings (3 calls).  That vendor has provided an **anticipated delivery date of September 28, 2011**, for returning these initial drafts to the government.  All of these recordings involve primarily Arabic (Lebanese dialect), but also Spanish and Portuguese. This will be the first round of transcripts prepared for these 19

recordings. Thus, the government will have to conduct a thorough review of the transcripts for accuracy which may necessitate some of them being returned to the vendor with government edits before they can be produced to the defense.  In any event, the government will work expeditiously to review the CI transcripts so as not to delay the re-review process by either the vendor or the disclosure to the defense sometime this fall.

    4.    **Romania meetings / transcripts**

The government disclosed draft transcripts of the three UC - Zaitar recorded Romania meetings from Romania to the defense on July 12, 2011; however, only the English translation was provided.  All of those recordings involve four languages: Arabic (Lebanese dialect), Spanish, Portuguese and English. The government has since identified one of the meetings that it intends to use for the heroin importation conspiracy trial and returned that meeting to the translation vendor so that the original languages (transcription) can be inserted.  The meeting selected took place on April 8, 2008, and is identified as N-5 (parts 1, 2 and 3).  The Arabic portion of the transcript has been drafted, and now the Spanish linguist is working on inserting her portion. The vendor has provided an **anticipated delivery date of approximately September 16, 2011**, for returning the latest drafts to the government.  Since this is the first time the government will have received the original language portion of N5, the government will have to conduct a thorough review of the transcripts for accuracy which may necessitate some of the transcripts (N5 is in three parts) being returned to the vendor with government edits before they can be produced to the defense.  In any event, the government will work expeditiously to review N5 so as not to delay the re-review process by either the vendor or the disclosure to the defense sometime this fall.

5. **January 4, 2011 Paraguay MLAT materials**

As previously stated and requested, the government has needed additional time to complete the English translation (from primarily Spanish, but also Arabic and Portuguese to a much lesser extent) of two telephone related forensics reports prepared by Expert Rosa Virginia Flor (one report is identified by Bates Nos. YH00959-YH01015 (54 pages) in the MLAT materials disclosed to the defense; the second report is a 63-page report with no "YH" Bates number which was a Word document contained on a CD provided to the defense which came from the expert).  The reports are very complicated to transcribe given that each contain a significant number of telephone numbers, or other specific numbers and telephone data which takes time to translate properly to ensure accuracy and prevent accidental transposing of numbers and letters.  The government hopes to disclose the translated forensic reports to the defense by the end of next week, but the review has been arduous given the nature and length of the reports.

Respectfully submitted this 12th day of September, 2011.

ARTHUR WYATT, Chief
Narcotic and Dangerous Drug Section

By:    */s/ Meredith A. Mills*
Meredith A. Mills (D.C. Bar # 457843)
Trial Attorney
Narcotic and Dangerous Drug Section
U.S. Department of Justice / Criminal Division
1400 New York Avenue, NW
Washington, DC 20005
Main Office: (202) 514-0917
Fax: (202) 514-0483
Meredith.Mills@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of September 2011, I filed the foregoing GOVERNMENT'S STATUS REPORT with the Clerk of the Court via the CM/ECF system which will deliver a Notice of Electronic Filing on the following:

Counsel for Defendant YAHYA ALI ZAITAR
Jenifer Wicks, Esquire
Law Offices of Jenifer Wicks
The Webster Building
503 D Street, NW, Suite 250A
Washington, DC 20001-2728
Telephone: (202) 393-3004 / Fax: (202) 478-0867
Email: jenifer.wicks@verizon.net

James L. Lyons, Esq.
Kellogg, Williams & Lyons
1350 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036
Telephone: (202) 496-0722 / Fax: (202) 331-1257
Email: JamesLyons@verizon.net

Counsel for Defendant NEMR ALI ZHAYTER
Carmen D. Hernandez, Esq.
7166 Mink Hollow Road
Highland, MD 20777
Telephone: 202-628-0090 / Direct: 240-472-3391 / Fax: 202-628-2881
chernan7@aol.com

                                      Respectfully submitted,

                                      ARTHUR WYATT, Chief
                                      Narcotic and Dangerous Drug Section

By:       /s/ Meredith A. Mills
                Meredith A. Mills (D.C. Bar # 457843)
                Tritia L. Yuen
                Trial Attorneys
                Narcotic and Dangerous Drug Section
                U.S. Department of Justice / Criminal Division
                1400 New York Avenue, NW
                Washington, DC 20005
                Main Office: (202) 514-0917
                Fax: (202) 514-0483
                Meredith.Mills@usdoj.gov