UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: 1:08cr00214-RMC |
| | ) | |
| NEMR ALI ZHAYTER, | ) | |
| A/K/A SHADI, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S STATUS REPORT**

COMES NOW the United States of America, by and through the undersigned counsel

with the United States Department of Justice, Criminal Division, Narcotic and Dangerous Drug

Section, and pursuant to the Court's directive during the August 12, 2011 status conference,

provides this periodic report on the status of the government's efforts to have certain trial related

materials transcribed and translated.  This report was also provided orally at the status conference

held on October 7, 2011, in the above-captioned matter.

1.      **Undercover recordings / transcripts**

The government disclosed draft transcripts of the nine UC calls to the defense on March

18, 2011. All of those calls involve four languages: Arabic (Lebanese dialect), Spanish,

Portuguese and English. The government identified three of the calls it intends to use at the

heroin importation conspiracy trial and returned those calls to the translation vendor with edits.

The calls selected are those dated: November 7, 2007 (as there were two calls this date, *see* the

transcript titled "20071107(1)_Transcription_Final1"), March 8, 2008, and March 15, 2008.  The

vendor submitted revised versions to the government on September 30, 2011; **the government**

**expects to disclose these three revised draft transcripts to the defense the week of October**

**10, 2011.**

**2.      Wiretap calls / transcripts**

To date, the government has transcribed 56 wiretap calls; the draft transcripts were originally turned over to the defense on May 17, 2010, August 18, 2010, March 23, 2011, May 4, 2011, and August 12, 2011.  All of the calls involve primarily Arabic (Lebanese dialect), but also Spanish and Portuguese languages.

The 28 wiretap draft transcripts produced to the defense on August 12, 2011 ("the second set of 28 wiretap transcripts"), underwent additional edits by the government and the vendor and **were re-disclosed as revised draft transcripts to counsel on Friday, October 7, 2011**.  At this time, the defense should undertake a review of those transcripts with their clients and translators and advise the government of any changes so that the parties can move towards stipulated transcripts for trial.

Nine additional wiretap transcripts (from the "first set" of 28 wiretap transcripts disclosed) are currently being re-reviewed by the vendor subsequent to the government witnesses' review.  **The vendor has not yet provided an anticipated delivery date for returning the latest drafts; however, the government believes it would be by the end of October 2011,** at which time they would be turned over to the defense for consultation with their clients and own translators so that the parties can move towards stipulated transcripts for trial.

An additional 19 wiretap call transcripts from the "first set" of 28 transcripts initially disclosed to the defense is still under review for accuracy by the government. **The government hopes to submit any edits to these transcripts to the vendor in several weeks.**

**3.      Confidential informant recordings / transcripts**

One vendor is in the process of transcribing / translating approximately 17 hours worth of

CI recordings (16 calls). **The vendor has provided an anticipated delivery date of October 11, 2011, for approximately four of the recordings and the remaining 12 calls are scheduled for delivery to the government on October 18, 2011.**

Another vendor is in the process of transcribing / translating approximately 2.25 hours of CI recordings (3 calls). **That vendor provided two of the draft transcripts on September 30, 2011; the third recording's anticipated delivery date is October 7, 2011.**

All of these recordings involve primarily Arabic (Lebanese dialect), but also Spanish and Portuguese languages. This will be the first round of transcripts prepared for the 19 CI recordings. Thus, the government will have to conduct a thorough review of the transcripts with its witnesses to confirm their accuracy; this may necessitate some of them being returned to the vendor with government edits before they can be produced to the defense. In any event, the government will work expeditiously to review the transcripts so as not to delay the re-review process by either the vendor or the disclosure to the defense sometime this fall.

4.      **Romania meetings / transcripts**

The government disclosed draft transcripts of the three UC - Zaitar recorded Romania meetings from Romania to the defense on July 12, 2011; however, only the English translation was provided. All of those recordings involve four languages: Arabic (Lebanese dialect), Spanish, Portuguese and English. The government identified one of the meetings that it intends to use for the heroin importation conspiracy trial and returned that meeting to the translation vendor so that the original languages (transcription) could be inserted. The meeting selected took place on April 8, 2008, and is identified as N-5 (parts 1, 2 and 3). **The vendor produced the N5 draft transcripts to the government on September 29, 2011. Since this is the first time the**

**government will have received the original language portion of N5, the government will
have to conduct a thorough review of the transcripts for accuracy which may necessitate
some of the transcripts being returned to the vendor with government edits before they can
be produced to the defense.**  In any event, the government will work expeditiously to review N5
so as not to delay the re-review process by either the vendor or the disclosure to the defense
sometime this fall.

     5.       **Defendant Yahya Zaitar's Post-Arrest Statements**

The draft transcripts of statements made by defendant Yahya Zaitar at arrest were
produced to the defense originally on August 18, 2010 (Zaitar), and February 25, 2011 (Zhayter)
(the transcripts are identified as Exhibits N13 and N15).  **Revised draft transcripts were then
disclosed to the defense on August 19, 2011, and re-produced again to the defense on
September 9, 2011, as part of the government's responses to the defendants' motions to
suppress post-arrest statements.  To date, the government has received no edits to the
transcripts from the defense**.

     6.       **Paraguay MLAT materials**

As previously stated and requested, the government needed additional time to complete
the English translation (from primarily Spanish, but also Arabic and Portuguese to a much lesser
extent) of two telephone related forensics reports prepared by Expert Rosa Virginia Flor (one
report is identified by Bates Nos. YH00959-YH01015 (54 pages) in the January 4, 2011 MLAT
materials disclosed to the defense; the second report is 63-pages with no "YH" Bates number
which was a Word document contained on a CD provided to the defense which came from the
expert).  **The draft version of the 63-page report was produced to the defense on September**

**19, 2011.  The 54-page report is a companion report and remains in the translation process;** the report is very complicated to transcribe given that it contains a significant number of telephone numbers, or other specific numbers and telephone data which takes time to translate properly to ensure accuracy and prevent accidental transposing of numbers and letters.  **The government hopes to disclose the remaining translated forensic report to the defense within the next two weeks,** but the review has been arduous given the nature and length of the report.

Numerous translated materials from the February 6, 2008 and the January 4, 2011 MLATs to Paraguay have been produced to the defense; to date, the government has received no edits from the defense.

The government will file its next status report in thirty days.


Respectfully submitted this 7th day of October, 2011.

ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section

By:                    */s/ Meredith A. Mills*
Meredith A. Mills (D.C. Bar # 457843)
Trial Attorney
Narcotic and Dangerous Drug Section
U.S. Department of Justice / Criminal Division
1400 New York Avenue, NW
Washington, DC 20005
Main Office: (202) 514-0917
Fax: (202) 514-0483
Meredith.Mills@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that on the 7th day of October 2011, I filed the foregoing GOVERNMENT'S STATUS REPORT with the Clerk of the Court via the CM/ECF system which will deliver a Notice of Electronic Filing on the following:

Counsel for Defendant YAHYA ALI ZAITAR
Barry Coburn, Esq.
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, NW, Second Floor
Washington, DC  20036
Main: 202-657-4490 / Fax:  866-561-9712
barry@coburngreenbaum.com

Counsel for Defendant NEMR ALI ZHAYTER
Carmen D. Hernandez, Esq.
7166 Mink Hollow Road
Highland, MD 20777
Tel: 202-628-0090 / Direct: 240-472-3391 / Fax: 202-628-2881
chernan7@aol.com

                         Respectfully submitted,

                         ARTHUR G. WYATT, Chief
                         Narcotic and Dangerous Drug Section

By:           */s/ Meredith A. Mills*
                         Meredith A. Mills (D.C. Bar # 457843)
                         Tritia L. Yuen
                         Trial Attorneys
                         Narcotic and Dangerous Drug Section
                         U.S. Department of Justice / Criminal Division
                         1400 New York Avenue, NW
                         Washington, DC 20005
                         Main Office: (202) 514-0917
                         Fax: (202) 514-0483
                         Meredith.Mills@usdoj.gov