UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO.: 1:08cr00214-RMC |
| NEMR ALI ZHAYTER, ) | |
| A/K/A SHADI, ) | |
| Defendant. ) | |

**GOVERNMENT'S STATUS REPORT ON TRANSLATIONS ISSUE**

COMES NOW the United States of America, by and through the undersigned counsel with the United States Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section, and pursuant to the Court's directive during the August 12, 2011 status conference, provides this periodic report on the status of the government's efforts to have certain trial related materials transcribed and translated. The government's updates since its last report filed October 7, 2011, are reflected in bold.

1. **Undercover recordings / transcripts**

On March 18, 2011, the government disclosed to the defense draft transcripts of the nine recorded calls conducted by the undercover agent (UC). All of those calls involve four languages: Arabic (Lebanese dialect), Spanish, Portuguese and English. The government identified three of the calls it intends to use at the May 2012 heroin importation conspiracy trial and returned those calls to the translation vendor with edits. The calls selected are those dated November 7, 2007, March 8, 2008, and March 15, 2008. **The vendor submitted revised versions to the government on September 30, 2011, which were provided as revised draft transcripts to defense counsel on October 17, 2011, for review with their clients and own translators. As of this date, the defense has not advised the government of any changes to the revised draft transcripts.**

**2.     Wiretap calls / transcripts**

To date, the government has transcribed 56 wiretap calls. All 56 draft transcripts were originally turned over to the defense on May 17, 2010, August 18, 2010, March 23, 2011, May 4, 2011, and August 12, 2011. All of the calls involve primarily Arabic (Lebanese dialect), but also Spanish and Portuguese languages.

Twenty-eight (28) of the 56 wiretap draft transcripts, which were produced to the defense on August 12, 2011, underwent additional edits by the government's witnesses and the vendor and **were provided to counsel on October 7, 2011, as revised draft transcripts for review with their clients and own translators. As of this date, the defense has not advised the government of any changes to the revised draft transcripts.**

Nine (9) additional wiretap transcripts from the set of 56 underwent additional edits by the government and the vendor and **were provided via e-mail to counsel on October 28, 2011, as revised draft transcripts, again for review with their clients and own translators. As of this date, the defense has not advised the government of any changes to the revised draft transcripts.**

Nineteen (19) remaining wiretap call transcripts from the set of 56 are still under review for accuracy by the government's witnesses. **The government plans to submit any edits to these transcripts to the vendor in the next several weeks.** Once the changes are returned from the vendor, the revised drafts will be disclosed to the defense for review with their clients and own translators.

**3.     Confidential Informant recordings / transcripts**

To date, the government has identified 19 recordings it intends to use at the heroin

importation conspiracy trial; the recordings were made by a Confidential Informant (CI) and total approximately 19.25 hours of audio.  **The government received the first draft transcripts from the vendors between September 29, 2011, and November 10, 2011.**

All of these recordings involve primarily Arabic (Lebanese dialect), but also Spanish and Portuguese languages. **The transcripts received from the vendor are first round transcripts prepared for the 19 CI recordings. The government will be disclosing these "vendor versions" to the defense on November 22, 2011, for consideration during plea negotiations. The government's witnesses have not reviewed the transcripts yet for accuracy.  The government will be proposing halting all witnesses' review at this time.  However, the government is prepared to promptly start its witnesses' review of these transcripts upon the failure of the plea negotiations which are currently underway.**

   4.   Romania meetings / transcripts

The government disclosed draft transcripts of the three meetings between the UC and Yahya Ali Zaitar in Romania to the defense on July 12, 2011; however, only the English translation was provided.  All of those recordings involve four languages: Arabic (Lebanese dialect), Spanish, Portuguese and English. The government identified one of the meetings that it intends to use for the heroin importation conspiracy trial and returned that meeting to the translation vendor so that the original languages (transcription) could be inserted.  The meeting selected took place on April 8, 2008, and is identified as N-5 (parts 1, 2 and 3).  **The vendor produced the N-5 draft transcripts, for the first time with the "original languages" portion inserted, to the government on September 29, 2011.  The government will be disclosing this "vendor version" to the defense on November 22, 2011, for consideration during plea**

**negotiations. The government's witnesses have not reviewed the transcripts (which are in three parts) yet for accuracy. The government will be proposing halting all witnesses' review at this time. However, the government is prepared to promptly start its witnesses' review of these transcripts upon the failure of the plea negotiations which are currently underway.**

5. **Defendant Yahya Zaitar's Post-Arrest Statements**

The draft transcripts of statements made by defendant Yahya Zaitar at arrest were produced to the defense originally on August 18, 2010 (Zaitar), and February 25, 2011 (Zhayter) (the transcripts were previously identified for the Court as Exhibits N-13 and N-15). Revised draft transcripts were then disclosed to the defense on August 19, 2011, and provided again to the defense on September 9, 2011, as part of the government's responses to the defendants' motions to suppress post-arrest statements. **To date, the government has received no edits to the transcripts from the defense**.

6. **Paraguay MLAT materials**

As previously stated and requested, the government needed additional time to complete the English translation (from primarily Spanish, but also Arabic and Portuguese to a much lesser extent) of two telephone related forensics reports prepared by a Paraguayan forensics expert. The reports were 54 and 63 pages, respectively, and provided in the January 4, 2011 MLAT materials disclosed to the defense. The draft translated version of the 63-page report was produced to the defense on September 19, 2011. **To date, the government has received no edits to this translation from the defense.**

**The 54-page report is a companion report and remains in the translation process.**

The report is very complicated to transcribe given that it contains a significant number of telephone numbers, or other specific numbers and telephone data, which takes time to translate properly to ensure accuracy and prevent accidental transposing of numbers and letters.  **The government anticipates disclosing this remaining translated forensic report to the defense on November 22, 2011,** but the review has been arduous given the nature and length of the report.

Numerous other translated materials from the February 6, 2008 and the January 4, 2011 MLATs to Paraguay have been produced to the defense; **to date, the government has received no edits from the defense**.

The government will file its next status report in thirty days, as necessary.


Respectfully submitted this 21st day of November, 2011.

                              ARTHUR G. WYATT, Chief
                              Narcotic and Dangerous Drug Section
                              Criminal Division
                              U.S. Department of Justice

By:        /s/  Meredith A. Mills
                Meredith A. Mills (D.C. Bar # 457843)
                Trial Attorney
                Narcotic and Dangerous Drug Section
                Criminal Division / U.S. Department of Justice
                1400 New York Avenue, NW
                Washington, DC 20005
                Main Office: (202) 514-0917
                Fax: (202) 514-0483
                Meredith.Mills@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November 2011, I filed the foregoing GOVERNMENT'S STATUS REPORT ON TRANSLATIONS ISSUE with the Clerk of the Court via ECF / CM. A copy will be served on the following companion cases via the Notice of Electronic Filing (NEF) system:

<u>Counsel for Defendant YAHYA ALI ZAITAR</u>
Barry Coburn, Esq.
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, NW, Second Floor
Washington, DC  20036
Main: 202-657-4490 / Fax:  866-561-9712
barry@coburngreenbaum.com

<u>Counsel for Defendant NEMR ALI ZHAYTER</u>
Carmen D. Hernandez, Esq.
7166 Mink Hollow Road
Highland, MD 20777
Tel: 202-628-0090 / Direct: 240-472-3391 / Fax: 202-628-2881
chernan7@aol.com

          Respectfully submitted,

          ARTHUR G. WYATT, Chief
          Narcotic and Dangerous Drug Section
          Criminal Division
          U.S. Department of Justice

By:   /s/ Meredith A. Mills
          Meredith A. Mills (D.C. Bar # 457843)
          Trial Attorney
          Narcotic and Dangerous Drug Section
          Criminal Division / U.S. Department of Justice
          1400 New York Avenue, NW
          Washington, DC 20005
          Main Office: (202) 514-0917
          Fax: (202) 514-0483
          Meredith.Mills@usdoj.gov