UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: 1:08cr00214-RMC |
| | ) | |
| NEMR ALI ZHAYTER, | ) | |
|     A/K/A SHADI, | ) | |
|     Defendant. | ) | |

**GOVERNMENT'S STATUS REPORT ON TRANSLATIONS ISSUE**

COMES NOW the United States of America, by and through the undersigned counsel with the United States Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section, and pursuant to the Court's directive during the August 12, 2011 status conference, provides this periodic report on the status of the government's efforts to have certain trial related materials transcribed and translated.

1. **Undercover recordings / transcripts**

On March 18, 2011, the government disclosed to the defense draft transcripts of the nine recorded calls conducted by the undercover agent (UC). All of those calls involve four languages: Arabic (Lebanese dialect), Spanish, Portuguese and English. The government identified three of the calls it intends to use at the May 2012 heroin importation conspiracy trial and provided revised draft transcripts (post-witness review) to defense counsel on October 17, 2011, for review with their clients and their own translators. As of this date, the defense has not advised the government of any changes to the revised draft transcripts.

2. **Wiretap calls / transcripts**

To date, the government has transcribed 56 wiretap calls. All 56 draft transcripts were originally turned over to the defense on May 17, 2010, August 18, 2010, March 23, 2011, May 4,

2011, and August 12, 2011.  All of the calls involve primarily Arabic (Lebanese dialect), but also Spanish and Portuguese languages.

Thirty-seven (37) of the 56 wiretap draft transcripts, which were produced to the defense on August 18, 2010, March 4, 2011, and August 12, 2011, underwent additional edits by the government's witnesses and the vendor and the revised draft transcripts were provided to counsel on October 7, 2011 (28 calls) and October 28, 2011 (9 calls), for review with their clients and their own translators.  As of this date, the defense has not advised the government of any changes to the revised draft transcripts.

Nineteen (19) remaining wiretap call transcripts from the set of 56 are still under review for accuracy by the government's witnesses. The government plans to submit any edits to these transcripts to the vendor in the next several weeks.  Once the changes are returned from the vendor, the revised drafts will be disclosed to the defense for review with their clients and their own translators.

    3.    **<u>Confidential Informant recordings / transcripts</u>**

To date, the government has identified 19 recordings it intends to use at the heroin importation conspiracy trial; the recordings were made by a Confidential Informant (CI) and total approximately 19.25 hours of audio.  All of these recordings involve primarily Arabic (Lebanese dialect), but also Spanish and Portuguese languages.  The government received the first draft transcripts from the vendors and disclosed them to the defense on November 22, 2011.  The government's witnesses will soon begin reviewing the transcripts for accuracy in anticipation of trial; however, the government has just learned that one of its principal witnesses will be delayed in reviewing the materials due to pressing medical-related issues that are beyond the government's control. Consequently, the government does not anticipate that it will have these

set of transcripts witness-reviewed for disclosure to the defense by January 31, 2012. The government will file a revised report on or before January 31, 2012, advising the Court of the witness's status and recommending a revised schedule for the exchange of the translated materials after consultations with the defense.

    4.    **Romania meetings / transcripts**

On July 12, 2011, the government disclosed to the defense the English-only draft translations of three meetings conducted between the UC and Yahya Ali Zaitar in Romania. All of those recordings involve four languages: Arabic (Lebanese dialect), Spanish, Portuguese and English. On November 22, 2011, the government disclosed to the defense the first version of the multi-language transcription (*i.e.,* with the foreign languages added) / translation for one of the meetings that it intends to use at the heroin importation conspiracy trial. The government's witnesses will soon begin reviewing the transcripts for accuracy in anticipation of trial; however, the government has just learned that one of its principal witnesses will be delayed in reviewing the materials due to pressing medical-related issues that are beyond the government's control. Consequently, the government does not anticipate that it will have these set of transcripts witness-reviewed for disclosure to the defense by January 31, 2012. The government will file a revised report on or before January 31, 2012, advising the Court of the witness's status and recommending a revised schedule for the exchange of the translated materials after consultations with the defense.

    5.    **Defendant Yahya Zaitar's Post-Arrest Statements**

Draft transcripts of statements made by defendant Yahya Zaitar at arrest were produced to the defense originally on August 18, 2010 (Zaitar), and February 25, 2011 (Zhayter) (the transcripts were previously identified for the Court as Exhibits N-13 and N-15). Revised draft

transcripts were then disclosed to the defense on August 19, 2011, and provided again to the defense on September 9, 2011, as part of the government's responses to the defendants' motions to suppress post-arrest statements. To date, the government has received no edits to the transcripts from the defense.

### 6. **Paraguay MLAT materials**

On November 22, 2011, the government disclosed to the defense the translation of an additional telephone related forensics report prepared by a Paraguayan forensics expert; the multi-language report was originally disclosed as part of the January 4, 2011 MLAT production.

Various translated documents from the February 6, 2008 and the January 4, 2011 MLATs to Paraguay have been produced to the defense; to date, the government has received no edits to the translations from the defense.

The government will file its next status report on or before January 31, 2012.

Respectfully submitted this 13th day of January 2012.

                                                  ARTHUR G. WYATT, Chief
                                                  Narcotic and Dangerous Drug Section
                                                  Criminal Division
                                                  U.S. Department of Justice

By:          */s/ Meredith A. Mills*
                Meredith A. Mills (D.C. Bar # 457843)
                Trial Attorney
                Narcotic and Dangerous Drug Section
                Criminal Division / U.S. Department of Justice
                1400 New York Avenue, NW
                Washington, DC 20005
                Main Office: (202) 514-0917
                Fax: (202) 514-0483
                Meredith.Mills@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of January 2012, I filed the foregoing GOVERNMENT'S STATUS REPORT ON TRANSLATIONS ISSUE with the Clerk of the Court via ECF / CM. A copy will be served on the following companion cases via the Notice of Electronic Filing (NEF) system:

<u>Counsel for Defendant YAHYA ALI ZAITAR</u>
Barry Coburn, Esq.
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, NW, Second Floor
Washington, DC 20036
Main: 202-657-4490 / Fax: 866-561-9712
barry@coburngreenbaum.com

<u>Counsel for Defendant NEMR ALI ZHAYTER</u>
Carmen D. Hernandez, Esq.
7166 Mink Hollow Road
Highland, MD 20777
Tel: 202-628-0090 / Direct: 240-472-3391 / Fax: 202-628-2881
chernan7@aol.com

                                            Respectfully submitted,

                                            ARTHUR G. WYATT, Chief
                                            Narcotic and Dangerous Drug Section
                                            Criminal Division
                                            U.S. Department of Justice

            By:            /s/ *Meredith A. Mills*
                                            Meredith A. Mills (D.C. Bar # 457843)
                                            Trial Attorney
                                            Narcotic and Dangerous Drug Section
                                            Criminal Division / U.S. Department of Justice
                                            1400 New York Avenue, NW
                                            Washington, DC 20005
                                            Main Office: (202) 514-0917
                                            Fax: (202) 514-0483
                                            Meredith.Mills@usdoj.gov