UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO.: 1:08cr00214-RMC |
| v. | ) |
| | ) |
| NEMR ALI ZHAYTER, | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF WITHDRAW OF APPEARANCE</u>**

To the Clerk of this Court and all parties of record:

 Please remove Mark A. Maldonado, Trial Attorney with the United States Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section, as counsel of record for the United States of America in the above-captioned matter.

        Respectfully submitted,

        ARTHUR G. WYATT, Chief
        Narcotic and Dangerous Drug Section
        U.S. Department of Justice / Criminal Division

By: _____/s/_____
    Mark A. Maldonado
    Trial Attorney
    Narcotic and Dangerous Drug Section
    U.S. Department of Justice / Criminal Division
    1400 New York Avenue, NW (8th Floor)
    Washington, DC 20005
    Main Office: (202) 514-0917
    Fax: (202) 514-0483
    Mark.Maldonado2@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on or about the 2d day of February 2012, I filed the foregoing NOTICE OF WITHDRAW OF APPEARANCE with the Clerk of the Court via ECF/CM and a Notice of Electronic Filing will be filed on the defense counsel.

        Respectfully submitted,

        ARTHUR G. WYATT, Chief
        Narcotic and Dangerous Drug Section
        U.S. Department of Justice / Criminal Division

By: _____/s/_____
        Mark A. Maldonado
        Trial Attorney
        Narcotic and Dangerous Drug Section
        U.S. Department of Justice / Criminal Division
        1400 New York Avenue, NW (8th Floor)
        Washington, DC 20005
        Main Office: (202) 514-0917
        Fax: (202) 514-0483
        Mark.Maldonado2@usdoj.gov