# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Criminal Action No. 08-214 (RMC)** |
| | ) | **(consolidated with Criminal Action No.** |
| | ) | **08-123)** |
| **NEMR ZHAYTER** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Before the Court is Nemr Zhayter's Motion for the Production of Witnesses.  Dkt. # 84.  Mr. Zhayter asks that the United States produce all federal law enforcement officials that questioned Mr. Zhayter since he was detained in Paraguay for an evidentiary hearing on his Motion to Suppress Statements, *see* Dkt. # 60.  Particularly, Mr. Zhayter requests the production of DEA Special Agent John F. Kanig and Special Agent David Fowler so that they may testify regarding statements Mr. Zhayter made on October 8, 2008, during a meeting with the two agents in Paraguay.

Mr. Zhayter provides no basis on which to grant his motion.  The United States has indicated that it does not intend to offer any of the statements made during the October 8, 2008 meeting at trial.  Furthermore, Mr. Zhayter does not make any argument as to how the Court will be aided by the testimony of any law enforcement officials.  In fact, beyond the October 8, 2008 meeting, Mr. Zhayter does not offer a link between any individual law enforcement official and a particular statement or set of statements that Mr. Zhayter seeks to

suppress.

The Court will deny Mr. Zhayter's broad request.  Accordingly, it is hereby

**ORDERED** that Mr. Zhatyer's Motion for the Production of Witnesses, Dkt. # 84, is **DENIED**.

**SO ORDERED.**

Date: February 23, 2012

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge