UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                           )   CRIM. NO.: 1:08cr00214-RMC<br>)<br>NEMR ALI ZHAYTER,         )<br>  A/K/A SHADI,                    )<br>            Defendant.          )<br>                                           ) | |

**GOVERNMENT'S STATUS REPORT ON TRANSLATIONS ISSUE**

COMES NOW the United States of America, by and through the undersigned counsel with the United States Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section, and pursuant to the Court's August 12, 2011 Order, files this report advising on the status of translations in the above-captioned matter which is set for trial starting May 14, 2012.

1.  **Undercover recordings / transcripts**

The government intends to use at trial three of the nine recorded calls conducted by the undercover agent (UC) with ZAITAR. All of those calls involve Arabic (Lebanese dialect), Spanish, Portuguese and English languages. The government provided revised draft transcripts (post-witness review) to defense counsel on October 17, 2011, for review with their clients and own translators. On February 14, 2012, ZAITAR's defense provided its edits to one of the UC calls. Most of the defense changes were agreeable to the government and, on March 2, 2012, the government provided the defense its latest transcript identifying edits which remain in dispute. The government awaits the defense's response as to whether they are willing to stipulate to a transcript on this one UC call. The two remaining UC calls have been reviewed and edited by ZAITAR's translators but any changes have not yet been provided to the government. If received in time, the government plans to finalize its review of any defense changes with its witnesses and translators on or before March 30, 2012. The parties should be able to determine by April 13,

2012, whether they are stipulating to transcripts on these two remaining UC calls.

  2.  **Wiretap calls / transcripts**

  To date, the government has transcribed 56 wiretap calls for possible use at trial. All of the calls involve primarily Arabic (Lebanese dialect), but also Spanish and Portuguese languages. The defense received the government's witness-reviewed revised draft transcripts on October 7, 2011 (28 calls), October 28, 2011 (9 calls), and March 2, 2012 (19 calls) for review with their clients and own translators. On February 14, 2012, the ZAITAR defense provided its edits to three (3) of the calls. On March 2, 2012, the government provided the defense its latest transcripts identifying edits which remain in dispute. The parties should be able to determine by March 30, 2012, whether they are stipulating to transcripts on these three wiretap calls. On March 15, 2012, the ZAITAR defense provided its edits to nine (9) additional calls. The government is in the process of reviewing those changes and plans to respond to the defense with its list of agreed-upon edits and those which remain in dispute by March 30, 2012. The parties should be able to determine by mid-April, whether they are stipulating to transcripts on the nine wiretap calls. As to the remaining 19 wiretap calls, the parties have agreed that defense changes will be provided to the government by March 30, 2012, in order for the parties to determine if stipulations are possible on these transcripts by no later than April 27, 2012.

  3.  **Confidential Informant recordings / transcripts**

  To date, the government has identified 19 recordings made by a Confidential Informant (CI) which may be introduced at trial (the government plans to use clips from the recordings rather than the entire recordings which are lengthy). All of these recordings involve primarily Arabic (Lebanese dialect), but also Spanish and Portuguese languages. The government received the first 19 draft transcripts from the vendors and disclosed them to the defense on November 22,

2011.  On March 2, 2012, the government disclosed to the defense revised portions of twelve of the draft transcripts that were witness reviewed and now intended for use at trial; the portions edited were specifically identified for the defense.  The defense agreed to provide its list of edits on the twelve CI recordings by March 30, 2012.  Thus, the parties should be able to determine by April 27, 2012, whether they are stipulating to transcripts on the CI recordings / clips.

   4.  **Romania meetings / transcripts**

  The government intends to use at trial one of the three recorded UC/ CI meetings conducted with ZAITAR in Romania.  The recording involves the Arabic (Lebanese dialect), Spanish, Portuguese and English languages.  The government provided its witness-reviewed versions of the draft transcripts (as to parts 1 and 3 of the recordings) to the defense on March 21, 2012.  The government is in the process of finalizing the Spanish and Portuguese portions of part 3.  The defense agreed to provide its list of edits to the government on the Romania meeting on or before April 13, 2012.  Thus, the parties should be able to determine by April 27, 2012, whether they are stipulating to transcripts on the Romania meeting (N5 recording).

   5.  **Defendant Yahya Zaitar's Post-Arrest Statements**

  Revised draft transcripts of statements made by defendant Yahya Zaitar at arrest were produced to the defense on August 19, 2011, and again on September 9, 2011, as part of the government's responses to the defendants' motions to suppress post-arrest statements (the transcripts were previously identified for the Court as Exhibits N-13 and N-15).  ZAITAR's Arabic translators have reviewed, edited, and translated into Arabic the four audio recordings of ZAITAR's post-arrest statements for the defendant's review.  However, as the post-arrest statements are primarily in Spanish and Portuguese, the defense has also been in the process of reviewing the government's witness-reviewed versions of the transcripts with Spanish and

Portuguese linguists. The defense agreed to provide its list of edits to the government on ZAITAR's post-arrest statements on or before March 30, 2012. The parties should be able to determine by April 27, 2012, whether they are stipulating to any transcripts on the post-arrest statements.

**6.     Paraguay MLAT materials**

Various translated documents from the February 6, 2008 and the January 4, 2011 MLATs to Paraguay have been produced to the defense. To date, the government has received no edits to the translations from the defense on any of the MLAT materials. As most of the materials are in Spanish, the government anticipates that the parties will be able to resolve any disputed translations in advance of trial.

**7.     Defense Transcripts**

The defendants have identified eight recordings so far that it may use at trial. Four of those recordings have already been transcribed by the government. The defense agreed to produce to the government its initial (or revised) draft transcripts on the materials by April 6, 2012. The parties should be able to determine by April 27, 2012, whether they can stipulate to the defense transcripts.

Respectfully submitted this 21st day of March 2012.

                                          ARTHUR G. WYATT, Chief
                                          Narcotic and Dangerous Drug Section
                                          Criminal Division / U.S. Department of Justice
By:          /s/ *Meredith A. Mills*
                                          Meredith A. Mills (D.C. Bar # 457843), Trial Attorney
                                          Narcotic and Dangerous Drug Section
                                          Criminal Division / U.S. Department of Justice
                                          1400 New York Avenue, NW
                                          Washington, DC 20005
                                          Main Office: (202) 514-0917 / Fax: (202) 514-0483
                                          Meredith.Mills@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of March 2012, I filed the foregoing GOVERNMENT'S STATUS REPORT ON TRANSLATIONS ISSUE with the Clerk of the Court via ECF / CM.  A copy will be served on the following companion cases via the Notice of Electronic Filing (NEF) system:

<u>Counsel for Defendant YAHYA ALI ZAITAR</u>
Barry Coburn, Esq.
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, NW, Second Floor
Washington, DC  20036
Main: 202-657-4490 / Fax:  866-561-9712
barry@coburngreenbaum.com

<u>Counsel for Defendant NEMR ALI ZHAYTER</u>
Carmen D. Hernandez, Esq.
7166 Mink Hollow Road
Highland, MD 20777
Tel: 202-628-0090 / Direct: 240-472-3391 / Fax: 202-628-2881
chernan7@aol.com

      Respectfully submitted,

      ARTHUR G. WYATT, Chief
      Narcotic and Dangerous Drug Section
      Criminal Division
      U.S. Department of Justice

By:      /s/ *Meredith A. Mills*
      Meredith A. Mills (D.C. Bar # 457843)
      Trial Attorney
      Narcotic and Dangerous Drug Section
      Criminal Division / U.S. Department of Justice
      1400 New York Avenue, NW
      Washington, DC 20005
      Main Office: (202) 514-0917
      Fax: (202) 514-0483
      Meredith.Mills@usdoj.gov