IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO.: 08-CR-214-RMC |
| NEMR ALI ZHAYTER, | ) | |
| A/K/A SHADI | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

The United States of America, by and through the Chief of the Narcotic and Dangerous

Drug Section of the Criminal Division, United States Department of Justice, hereby informs the

Clerk of this court and all parties of record that Aixa Maldonado-Quinones, Trial Attorney, Asset

Forfeiture and Money Laundering Section, enters her appearance as attorney for the government

in the above-styled case.

Respectfully submitted,
ARTHUR WYATT, CHIEF
NARCOTIC AND DANGEROUS DRUG
SECTION

1

Respectfully submitted,

ARTHUR WYATT, Chief
Narcotic and Dangerous Drug Section


By:     /s/ Meredith A. Mills
        Meredith A. Mills (D.C. Bar # 457843)
        Trial Attorney
        Narcotic and Dangerous Drug Section
        U.S. Department of Justice / Criminal Division
        1400 New York Avenue, NW
        Washington, DC 20005
        Main Office: (202) 514-0917
        Fax: (202) 514-0483
        Meredith.Mills@usdoj.gov