UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-214 (RMC) |
| | ) | (consolidated with Criminal Action No. |
| | ) | 08-123) |
| **NEMR ZHAYTER** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

As stated in the motions hearings held on April 16, 2012 and April 17, 2012, it is hereby **ORDERED** that Mr. Nemr Zhayter's

1. Motion for Preliminary Determination of Existence of Conspiracy [Dkt. # 54] is **DENIED**; and

2. Motion to Dismiss Case [Dkt. # 55] is **DENIED**; and

3. Motion to Exclude Cooperating Witness Testimony and For Reliability Hearing [Dkt. # 56] is **DENIED** as moot; and

4. Motion to Sever [Dkt. # 57] is **DENIED**; and

5. Motion for Bill of Particulars [Dkt. # 58] is **DENIED**; and

6. Motion to Dismiss Case Pursuant to Federal Rule of Criminal Procedure 12(b)(3) [Dkt. # 59] is **DENIED** without prejudice; and

7. Motion to Suppress Evidence Seized Pursuant to Bucharest Tribunal [Dkt. # 61] is **DENIED**; and

8. Motion to Join (Adopt) Motions of Yahya Zaitar [Dkt. # 62] is **DENIED** as moot; and

9. Motion for Reliability Hearing [Dkt. # 63] is **DENIED** as moot; and

10. Motion to Deny Consolidation of Separate Indictments or, in the Alternative, to Sever Defendant's Case [Dkt. # 69] is **DENIED**; and

11. Motion to Suppress Eyewitness Identification [Dkt. # 70] is **DENIED** as moot; and

12. Motion to Adopt Motions of Defendant Yahya Zaitar is **GRANTED** with respect to Mr. Yahya Zaitar's Motion to Dismiss Case Based on Outrageous Government Misconduct and Entrapment [Dkt. # 79] in *United States v. Yahya Zaitar*, criminal action no. 8-cr-123. The substantive motion is **DENIED**; and

13. Ex Parte Motion on Translations/Transcriptions is **DENIED**; and it is

**FURTHER ORDERED** that after thorough discussion on the record the Government's Omnibus Motion in Limine [Dkt. # 97] is **DENIED** as moot.

**SO ORDERED.**

Date:  April 17, 2012                                             /s/
                                                        ROSEMARY M. COLLYER
                                                        United States District Judge