UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No.: 1:08cr214 (RMC) |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| NEMR ALI ZHAYTER, ) | 21 U.S.C. §§ 963, 960, 952 and 959(a) |
| a/k/a "Shadi," ) | (Conspiracy To Import Heroin and To Distribute |
| ) | Heroin Intending and Knowing That the Heroin Will |
| Defendant. ) | Be Imported Into the United States) |
| ) | |
| ) | 18 U.S.C. § 2 |
| ) | (Aiding and Abetting) |
| ) | |

## INFORMATION

The United States charges that:

### COUNT ONE

From in or about May 2007 and continuing thereafter up to and including July 17, 2008, the exact dates being unknown, in Paraguay, Brazil, Romania, and elsewhere, the defendant, NEMR ALI ZHAYTER, a/k/a "Shadi," and others known and unknown, did knowingly and intentionally combine, conspire, confederate and agree to commit the following offense against the United States, to wit, to: (1) knowingly and intentionally import 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, into the United States, in violation of Title 21, United States Code, Section 952, and (2) knowingly and intentionally distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, intending and knowing that such substance would be unlawfully imported into the United States, in violation of

Title 21, United States Code, Section 959(a), all in violation of Title 21, United States Code, Section 963 and Title 18, United States Code, Section 2.

(Conspiracy To Import Heroin and To Distribute Heroin Knowing and Intending That the Heroin Will Be Imported Into the United States, in violation of Title 21, United States Code, Sections 963, 960(b)(2)(A), 952 and 959(a), and Title 18, United States Code, Section 2)

_____
ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice