IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>v.<br><br>NEMR ALI ZHAYTER,<br>    A/K/A SHADI<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) CRIMINAL NO.: 08-CR-214-RMC<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Aixa Maldonado-Quinones, Trial Attorney, Asset Forfeiture and Money Laundering Section, enters her appearance as attorney for the government in the above-styled case.

Respectfully submitted,

ARTHUR WYATT, Chief
Narcotic and Dangerous Drug Section

By: _____/s/_____
Aixa Maldonado-Quinones (PR Bar 10052)
Trial Attorney
Asset Forfeiture and Money Laundering Section
U.S. Department of Justice / Criminal Division
1400 New York Avenue, NW, Room 10410
Washington, DC  20005
Main Office: 202-598-2339
Fax: (202)-514-5522
aixa.maldonado-quinones@usdoj.gov