UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

NEMR ALI ZHAYTER

Criminal No. 08-214 (RMC)

**FILED**
MAY - 2 2012
Clerk, U.S. District and Bankruptcy Courts

### WAIVER OF INDICTMENT

I, **Nemr Ali Zhayter,** the above named defendant, who is accused of:

**Conspiracy to Import Heroin and To Distribute Heroin Intending and Knowing That the Heroin Will Be Imported Into the United States**, in violation of, Title 21, United States Code, Sections 963, 960(b)(2)(A), 952 and 959(a), and Title 18, United States Code, Section 2

being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on **May 2, 2012** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Rosemary M. Collyer
United States District Judge

5/2/12