UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

NEMR ALI ZHAYTER            Criminal No.: 08-214 (RMC)

**FILED**
MAY - 2 2012
Clerk, U.S. District and
Bankruptcy Courts

**WAIVER OF TRIAL BY JURY**

With the consent of the United States Attorney and the approval of the Court, the defendant waives its right to trial by jury.

_____
Defendant: *NEMR ZHAYTER*

_____
Counsel for Defendant:

I consent:

_____
~~Assistant United States Attorney~~
Trial Attorney, Narcotic & Dangerous Drug Sec.
Criminal Division / US Dept. of Justice

APPROVED:

_____
Rosemary M. Collyer
United States District Judge

Dated: 5/2/12